[No. 45394-7-I.   Division One.   January 2, 2001.]

STEVEN H. MILLER, ET AL., *Respondents*, v. MICHAEL D. DOOLITTLE, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for San Juan County, No. 97-2-05011-2, Vickie I. Churchill, J., entered September 13, 1999. *Affirmed* by unpublished opinion per Baker, J., concurred in by Agid, C.J., and Becker, J.

[No. 45555-9-I.   Division One.   January 2, 2001.]

SUSSMAN, SHANK, WAPNICK, CAPLAN & STILES, LLP, *Appellant*, v. ALISON C. HENDERSON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-15132-9, Carol A. Schapira, J., entered September 24, 1999. *Affirmed* by unpublished opinion per Webster, J., concurred in by Coleman and Baker, JJ.

[No. 44340-2-I.   Division One.   January 2, 2001.]

*In the Matter of the Personal Restraint of* JOHN TORTORELLI, *Petitioner*.

Petition for relief from personal restraint. *Dismissed* by unpublished opinion per Cox, J., concurred in by Becker, A.C.J., and Grosse, J.

[No. 44717-3-I.   Division One.   January 2, 2001.]

MAGILL CHRISTIAN MARBLE DESIGN, *Respondent*, v. FLOORCRAFT, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-16571-7, Dean Scott Lum, J., entered April 26, May 4, May 12, and May 13, 1999. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Webster and Cox, JJ.